No. 660.   DeRosier *v.* United States.   C. A. 5th Cir. Certiorari denied.   *Henry G. Simmonite* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 661.   Union Manufacturing Co. *v.* National Labor Relations Board.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied. *John R. Fitzpatrick, Edward J. Lynch* and *Harry J. Maginnis* for petitioner.   *Solicitor General Sobeloff, David P. Findling, Dominick L. Manoli* and *Frederick U. Reel* for respondent.

No. 664.   Darsyn Laboratories, Inc. *v.* Lenox Laboratories, Inc. et al.   C. A. 3d Cir.   Certiorari denied. *H. C. Bierman* for petitioner.   *George F. Hetfield* for the Gamma Chemical Corporation et al.; and *Max Mehler* for Biber, respondents.

No. 665.   Summerfield, Postmaster General, *v.* Sunshine Book Co. et al.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Solicitor General Sobeloff* for petitioner.   *O. John Rogge* and *Murray A. Gordon* for respondents.

No. 671.   Shurman et al. *v.* United States.   C. A. 5th Cir.   Certiorari denied.   *Julius Lucius Echeles* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 676.   Standridge et al. *v.* California Dolomite Co. et al.   District Court of Appeal of California, Fourth